# **Exhibit A**

**Friday, December 15, 2023 at 10:01:02 Eastern Standard Time**

**Subject:** Re: [EXTERNAL] Fwd: Grand jury subpoena: Alan Beyer and Michael Shvartsman: DWAC matter
**Date:** Friday, July 1, 2022 at 9:05:53 AM Eastern Daylight Time
**From:** Robert Buschel
**To:** Roos, Nicolas (USANYS)
**CC:** Castellano, Gina (USANYS), Hanft, Elizabeth (USANYS)

Good morning:

First, I received the subpoena for RocketOne.

Next, we are also representing Gerald Shvartsman regarding his subpoena.

The parties we are representing are: <u>Michael Shvartzman, Gerald Shvartsman, and Allen Beyer, Esq.</u>

The SEC has subpoenaed Allen Beyer.

We have had a meeting regarding engaging an e-discovery vendor. I should be able to discuss the estimated data that will be produced and have a meaningful discussion about limits and production soon.

I'd like to consolidate the deadline for discovery, have a meaningful amount of time to review it before making a decision on sitting down with you all.

The latest deadline is to Gerald Shvartsman for July 11, 2022. May we agree to a response and production from all clients on Friday, August 12?

After production, we can discuss the next steps. I'm sure the government and we would want to evaluate the results before we agree to a date, time, and venue (Grand jury or interview) before committing.

Thank you for your consideration. Enjoy your weekend.


Robert C. Buschel
Attorney at Law
*Buschel Gibbons, P.A.*
501 East Las Olas Blvd.
Third Floor
Ft. Lauderdale, FL 33301
(954) 530-5748 (direct)
[Buschel@BGlaw-pa.com](mailto:Buschel@BGlaw-pa.com) (email)
Member Florida & California bars
BGLaw-pa.com
God's.Ponzi.novel