# **Exhibit F**

```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF NEW YORK
 2

 3
     ---------------------------x
 4                               :
     UNITED STATES OF AMERICA    :
 5                               :
     v.                          :
 6                               :    USAO No. 23 Cr. 307
                                 :
 7   SHVARTSMAN et al.,          :
                                 :
 8                               :
     ---------------------------X
 9

10

11

12

13
                           Recorded Conversation
14

15

16

17            Date:  March 15, 2023
              Time:
18            Session ID:
              Participants:  CS
19                           Michael Shvartsman
                             John Iveson
20                           Michael Park
                             Eric Hannelius
21

22

23

24            (U/I) - UNINTELLIGIBLE
              (PH)  - PHONETIC SPELLING
25
```

| | | |
|---|---|---|
| 1 | | talking about doing that, there was a Stack |
| 2 | | out there that was raising the money and |
| 3 | | saying, you know, it was not permitted to go |
| 4 | | out and say this is what we're going to buy |
| 5 | | because they had been negotiating with Trump |
| 6 | | to provide them the funding, and if they go |
| 7 | | public, you get the money, yada, yada.  And |
| 8 | | if it was a Stack, we couldn't -- |
| 9 | [BACKGROUND NOISE] | |
| 10 | PARK: | -- should be doing that.  Michael got |
| 11 | | introduced and provided some funding for the |
| 12 | | Stack prior to them announcing to anybody |
| 13 | | what was involved.  They -- he kind of |
| 14 | | suspected that's what it was.  Right?  Just |
| 15 | | because of all the -- |
| 16 | IVESON: | Sure. |
| 17 | PARK: | -- stuff in the press and what was going on. |
| 18 | | But you know, so he and some of his |
| 19 | | partners, you know, provided the, basically, |
| 20 | | the bridge money to get the Stack to the |
| 21 | | point where they could complete the deal. |
| 22 | IVESON: | Yep. |
| 23 | PARK: | Right?  Then it all blew up, and all these |
| 24 | | regulators starting coming in and of course, |
| 25 | | subpoenas came flying in for Michael and to |

```
 1                     the other investors.
 2   IVESON:           And welcome to politics.
 3   PARK:             Yeah.  And you know, it's been out there
 4                     long enough.  And you know, we had our
 5                     attorneys look at it and you know, they --
 6                     guys that specialize in this stuff and they
 7                     said look, you know, the process is going to
 8                     go on.  You're going to have to deal with
 9                     it.  I don't see that they've got any
10                     capability of ultimately getting to you and
11                     making an issue.  You did nothing wrong.
12                     Right.  But when it's political, and you're
13                     name's in the paper, and there's a bunch of
14                     that flying around, you just don't know, you
15                     know, so we don't think there's a big risk
16                     there, but you know, like I said, he gets
17                     involved in investments that are high net
18                     return, which brings higher risk.  So, he
19                     doesn't want there to be much opportunity
20                     for anybody to come, you know, and say, you
21                     know, I'm --
22   [BACKGROUND NOISE]
23   IVESON:           But you know, I'm sorry, but just to go back
24                     for a moment on the Trump issue.
25   PARK:             Yeah.
```

| | | |
|---|---|---|
| 1 | IVESON: | So, let's drill down into that just to make |
| 2 | | sure we're on the same page as to what risk |
| 3 | | we're trying to mitigate there, so that, you |
| 4 | | know, making sure that Steve -- |
| 5 | CS: | Yeah. |
| 6 | IVESON: | -- he's doing the right thing.  Your -- is |
| 7 | | your concern -- I mean, there's no |
| 8 | | bankruptcy proceeding affecting that. |
| 9 | PARK: | No. |
| 10 | IVESON: | Right? |
| 11 | PARK: | No. |
| 12 | IVESON: | So, was it like (U/I)? |
| 13 | PARK: | Yeah.  I mean, and I think, you know, it's |
| 14 | | really -- |
| 15 | IVESON: | That's it? |
| 16 | PARK: | -- pointing now, well at the time, who knew, |
| 17 | | right. |
| 18 | IVESON: | Yeah, well, no I mean I -- |
| 19 | [OVERLAPPING VOICES] | |
| 20 | IVESON: | -- because Steve and I, we have a track |
| 21 | | record with clients who have had FCC issues. |
| 22 | PARK: | Yeah. |
| 23 | IVESON: | And so, they're nothing to us.  We have -- |
| 24 | PARK: | Right. |
| 25 | IVESON: | Well -- |