# Exhibit G

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

TO:  Feldman Kodsi Law Datran Center
9100 S. Dadeland Blvd., Suite 1500
Miami, Florida 33156

SUBPOENA FOR:  2023R00206-08
☐ PERSON(S)
☑ DOCUMENT(S) or OBJECT(S)
FGJ: 22-01 (MIA)

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place:  United States District Court 400 N. Miami Avenue Miami, Florida 33128 | Date and Time:  04/20/2023 8:30 am |
| --- | --- |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:  *SEE ATTACHMENT

In lieu of appearing before the Grand Jury, please forward all returns to Special Agent Christopher Cutaia, Homeland Security Investigations (HSI), 11226 NW 20 St, Miami, FL 33172. SA Cutaia can be reached at phone (714) 315-3952. The records may be produced via electronic format to SA Cutaia via email at: Christopher.A.Cutaia@ice.dhs.gov

Note: Disclosure of the existence of this subpoena, or the information that has been provided pursuant to the subpoena, to any person named in the subpoena, directly or indirectly, is prohibited by law pursuant to Title 12, United States Code, 3420(b), and may result in the imposition of criminal penalties.

NOTE: Pursuant to the policy of the United States District Court for the Southern District of Florida, all electronic devices, including but not limited to cellphones, pagers, PDAs, laptops, and tape recorders, are prohibited from entering any federal courthouse facility within the Southern District of Florida. Prospective jurors, seated jurors, and witnesses with a subpoena are exempt from this policy only as it pertains to cellphones, with or without cameras, and E-book readers.

*(SEAL)*

Date:  March 22, 2023

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*
**Angela E. Noble**

The name, address, e-mail, and telephone number of the attorney representing the United States of America who requests this subpoena,

is/are:  _____ *Michael Berger* _____
AUSA'S SIGNATURE

Michael Berger, AUSA
U.S. Attorney's Office
99 N.E. 4th Street, 4th Floor
Miami, Florida 33132-3121
Telephone: (305) 961-9445
Email: Michael.Berger2@usdoj.gov

## SUBPOENA ATTACHMENT No. 2023R00206-08

**ISSUED TO:**
Feldman Kodsi Law
Datran Center
9100 S. Dadeland Blvd., Suite 1500
Miami, Florida 33156

Please provide records pertaining to escrow transactions handled by Feldman Kodsi on or about 10/11/2022 in the amounts of $5,000,000; $5,000,000 and $3,000,000 received on from wire sender ROCKET X CAPITAL LLC.

These records should include but not be limited to:

1. Ultimate recipient of funds or entity which received the specified funds from Feldman Kodsi.
2. Records identifying any and all parties involved in the escrow transactions (sender, recipient)
3. Any and all properties or assets related to the specified transactions.
4. All payment and wire details for funds sent or received by Feldman Kodsi.

RECORD FORMAT: Records requested may be provided in hard copy or in electronic format. A record layout for the data is also requested.

Please direct all inquiries and produce all records to:

Special Agent Christopher Cutaia
Homeland Security Investigations (HSI)
11226 NW 20 St
Miami, FL 33172
E-mail: Christopher.A.Cutaia@ice.dhs.gov
Tel: (714) 315-3952



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

*Money Laundering Section*

*JLK Federal Justice Building*
*99 Northeast Fourth Street*
*Miami, FL 33132-3121*
*Tel: (305) 961-9006*

March 22, 2023

Feldman Kodsi Law Datran Center
9100 S. Dadeland Blvd., Suite 1500
Miami, Florida 33156

Re: Federal Grand Jury: 22-01 (MIA)
    Control Number: 2023R00206-08

Dear Sir/Madam:

Pursuant to an official criminal investigation of a suspected federal offense being conducted by a federal grand jury in the Southern District of Florida, you have been called upon to furnish the documents and information described in the attached subpoena.

You are requested not to disclose the existence of this subpoena or the fact of your compliance with it. However, you have the right to make your own choice whether or not to make such a disclosure. If you have any questions about this, or if you are considering a disclosure, it would be appreciated if you would contact the undersigned federal prosecutor.

Your cooperation in this matter is greatly appreciated.

Sincerely,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:   *Michael Berger*

Michael Berger
Assistant United States Attorney



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

*Money Laundering Section*

*JLK Federal Justice Building*
*99 Northeast Fourth Street*
*Miami, FL 33132-3121*
*Tel: (305) 961-9006*

March 22, 2023

Feldman Kodsi Law Datran Center
9100 S. Dadeland Blvd., Suite 1500
Miami, Florida 33156

Re: Federal Grand Jury: 22-01 (MIA)
    Control Number: 2023R00206-08

Dear Sir/Madam:

The attached subpoena requires the production to Federal Grand Jury 22-01 (MIA) at the time and place specified, of the documents and records specified in the subpoena.

If you wish to deliver these documents personally to the grand jury at the time and place specified, you may do so. However, instead of personally appearing before the grand jury, you may choose to deliver these documents and records to: Special Agent Christopher Cutaia
Homeland Security Investigations (HSI), 11226 NW 20 St, Miami, FL 33172. Phone: (714) 315-3952 Email: Christopher.A.Cutaia@ice.dhs.gov .
Turning over all of the subpoenaed documents and records to Special Agent Christopher Cutaia in advance of the time specified in the subpoena will relieve you of the duty to appear before the grand jury.

You will find attached a Waiver of Appearance and Document Receipt to be used if you decide to turn the documents and records over to the agent. You may number and describe the documents you will be turning over to the agent. The agent will complete the form upon receiving the documents. Please make a copy for yourself for record keeping purposes.

Sincerely,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

BY: *Michael Berger*

Michael Berger

Assistant United States Attorney

**UNITED STATES ATTORNEY**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE: Grand Jury Proceeding                    Control number: 2023R00206-08

**WAIVER OF APPEARANCE**
**AND DOCUMENT RECEIPT**

1.   I, _____ of, _____ have custody and
control of the documents listed in   paragraph 2, below.

I   have requested Special Agent Christopher Cutaia to take custody of these documents and
present them to the Grand Jury in lieu of actual appearance by myself before the Grand Jury. I
understand that this is voluntary on my part and I have an absolute right to appear before the
Grand Jury with expenses paid as provided by U.S. Statutes.

2.   The documents submitted are as follows:

Serial No.                          Description

(use continuation sheet if necessary)

_____                    _____
Signature of Person Submitting Documents                                   Date

_____                    _____
Signature of Person Receiving Documents                                    Date

3.   The preceding documents were presented to the Grand Jury on _____.

_____
FOREPERSON OF THE GRAND JURY



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

*Money Laundering Section*

*JLK Federal Justice Building*
*99 Northeast Fourth Street*
*Miami, FL 33132-3121*
*Tel: (305) 961-9006*

March 22, 2023

Feldman Kodsi Law Datran Center
9100 S. Dadeland Blvd., Suite 1500
Miami, Florida 33156

Re: Federal Grand Jury: 22-01 (MIA)
    Control Number: 2023R00206-08

Dear Sir/Madam:

As you are aware, quite often, production of records by a records custodian of a corporation or bank is frequently followed by the necessity of having that or another designated records custodian testify at a jury trial some time later. This was necessary in order to lawfully enter the subpoenaed documents into evidence.

Federal evidence law permits us to obtain "certifications" such as the one attached hereto, in place of live testimony. When permitted by the court, these "certifications" could obviate the need for a witness at a trial.

With that in mind, please complete the "Certification of Domestic Records of Regularly Conducted Activity" attached and include it in your subpoena response. Should you have any questions regarding the form or anything else regarding the subpoena, please feel free to contact the undersigned Attorney at the number indicated in the subpoena.

Sincerely,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:  *Michael Berger*

Michael Berger
Assistant United States Attorney

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____, attest, under penalties of perjury by the laws
          *Name*

of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in

this certification is true and correct. I am employed by _____
                                                                      *Entity*

(hereinafter "the entity"), and my title is _____. I am qualified
                                                    *Title*

to authenticate the records attached hereto because I am familiar with how the records were

created, managed, stored, and retrieved. I state that the records attached hereto are true

duplicates of the original records in the custody of the provider. The attached records consist of

_____. I further state that:
*Generally describe records (pages/CDs or DVDs/megabytes)*

    a.    all records attached to this certificate were made at or near the time of the

occurrence of the matter set forth by, or from information transmitted by, a person with

knowledge of those matters, they were kept in the ordinary course of the regularly conducted

business activity of the entity, and they were made by the entity as a regular practice; and

    b.    such records were generated by the entity's electronic process or system that

produces an accurate result, to wit:

    1.    the records were copied from electronic device(s), storage medium(s), or

file(s) in the custody of the entity in a manner to ensure that they are true duplicates of the

original records; and

    2.    the process or system is regularly verified by the entity, and at all times

pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

_____        _____
Date                             Signature