# Exhibit H

```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF NEW YORK
 2

 3
    ----------------------------x
 4                               :
    UNITED STATES OF AMERICA     :
 5                               :
    v.                           :
 6                               :    USAO No. 23 Cr. 307
                                 :
 7  SHVARTSMAN et al.,           :
                                 :
 8                               :
    ----------------------------X
 9

10

11

12

13
                       Recorded Conversation
14

15

16

17            Date:  April 28, 2023
              Time:
18            Session ID:
              Participants:  CS
19                           Michael Shvartsman
                             Eric Hannelius
20

21

22
              (U/I) - UNINTELLIGIBLE
23            (PH)  - PHONETIC SPELLING

24

25
```

```
 1   [BACKGROUND NOISE]

 2   [NON-TARGET CONVERSATION]

 3   CS:            The time is 1407 at night, and I had lunch
 4                  with Michael and Eric.  We discussed a
 5                  number of issues regarding the migration of
 6                  the trust, the assets, associated assets.
 7                  Michael's offered me some new business and
 8                  we arranged -- I've give him some documents,
 9                  some charts mapping out the proposal of how
10                  we -- the company's assets which he's
11                  comfortable with.  I've also given him an
12                  invoice for 1,500 pounds sterling, which is
13                  with payment instructions to pay in dollars
14                  to a U.S. bank account.  And I also gave him
15                  a proposal of costs regarding the proposed
16                  work in terms of decanting Michael's assets
17                  from the current situation in the three
18                  Virgin Island LLCs into ultimately the
19                  Belize LLC that he has instructed us to,
20                  instructed us to do.  We discussed the fact
21                  that he is going to give -- needs to give us
22                  the relevant details regarding who is going
23                  to be the majority shareholder for each
24                  step, each intermediary, and the ultimate --
25                  and Belize Corporation.  And he's going to
```

1            furnish me with the specific details during
2            the course of next week when he's asked me
3            to speak with Mike Pence (PH) and also to
4            arrange a meeting with Michael.  I can't
5            remember his surname.  It's Michael B.,
6            whose -- I've copied into emails, and I've
7            seen him copied on emails.  He's -- Michael
8            referred to Michael has been someone who
9            will give me further work as well.  So, I
10           asked him regarding the -- if there were any
11           issues in relation to the SEC in any assets
12           that we're going to be moving.  He was very
13           blasé about it.  He asked me if I was a cop
14           and -- jokingly -- and he basically said
15           that it entered into a transaction where
16           they'd purchased some -- through SPAC (PH) -
17           - purchased some stocks that relate to a
18           company linked to Donald Trump.  And he felt
19           that's the reason why there's so much hype
20           about it.  He's not unduly concerned and
21           said there's nothing that needs for us to be
22           concerned about during the course of the
23           decanting of the assets.  We just discussed
24           a number of other topics.  Eric is keen to
25           engage John in terms of setting up a trust

```
 1                    and structure for him and his assets, and
 2                    he's happy and keen for me to get involved
 3                    if needed.  We've agreed to stay in touch.
 4                    Michael has asked me to set up communication
 5                    with him on Signal, which is more secure,
 6                    and so that we can speak about anything
 7                    that's relevant and that we need to.  He did
 8                    mention that he, through a friend of a
 9                    friend, there's a guy in the Ukraine who's a
10                    high-ranking Army -- or military officer
11                    who's been put out there into the public
12                    domain, who's got a significant amount of
13                    assets and he's got a significant amount of
14                    money that needs moving from the Ukraine and
15                    potentially Europe.  And he's willing to --
16                    and would like to introduce me to them.
17                    There's a there's a language barrier in so
18                    much that they speak Russian.  And I said
19                    that I think I may be able to work around it
20                    and have a translator.  We talked about the
21                    outstanding documentation regarding the
22                    trust and that we'll get it all done.  And I
23                    am so -- I've told him that I'm keen to get
24                    moving forward on the decanting of the
25                    assets.  When I handed him the proposal of
```

```
 1                    costs of fees for carrying out the work,
 2                    which is a 77,500 U.S. dollars, he didn't
 3                    flinch and there was no adverse reaction.  I
 4                    think he's comfortable with it.  So, the
 5                    next stage will be for me to touch base with
 6                    him on Monday with a view to arranging a
 7                    further meeting at his office next week,
 8                    with Mike Pence.  I've told him I'm around
 9                    until next week and maybe beyond, and I'm
10                    here to get this going.  And obviously he
11                    wants me to meet Michael, whose name I can
12                    never remember.  But he's the -- he's his
13                    attorney who tends to be copied into a lot
14                    of emails, who I've not yet spoken with or
15                    met.  So, on that basis, at 1413 hours, I am
16                    going to switch off my device -- two
17                    devices.
18   [END OF RECORDING]
19
20
21
22
23
24
25
```