# **Exhibit K**

```
 1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF NEW YORK
 2

 3
    ----------------------------x
 4                               :
    UNITED STATES OF AMERICA     :
 5                               :
    v.                           :
 6                               :    USAO No. 23 Cr. 307
                                 :
 7  SHVARTSMAN et al.,           :
                                 :
 8                               :
    ----------------------------X
 9

10

11

12

13
                        Recorded Conversation
14

15

16

17           Date:  August 1, 2023
             Time:
18           Session ID:
             Participants:  CS
19                          Michael Park

20

21

22           (U/I) - UNINTELLIGIBLE
             (PH)  - PHONETIC SPELLING
23

24

25
```

```
 1   [PHONE RINGING]
 2   CS:          Hi Mike.  Mike, even.
 3   PARK:        Hi, Steven, how are you?
 4   CS:          Yeah, I'm good, thank you.  Good to be back
 5                in good old England after the heat in Spain.
 6                It was hot.
 7   PARK:        I bet.  It's been hot down here for sure.
 8   CS:          Yeah.  And you have the humidity, of course,
 9                eh?
10   PARK:        Yep, oh yeah.
11   CS:          Something to look forward to.  So, yeah.
12                So, I hope you saw me message, I've received
13                the passport copies.
14   PARK:        Good.  If he's working on the fourth one, I
15                should have that soon, I hope.
16   CS:          Okay.  Okay.  We probably who -- what's --
17                what nationality is the fourth one going to
18                be?
19   PARK:        I don't know yet.  He thinks a Canadian.
20                But you know, he's -- but, you know, I think
21                he's trying to get some input from the
22                Canadian Tax Council to make sure there's no
23                (U/I) to that guy.
24   CS:          Yeah.  Okay.  Well, as and when if you just
25                keep sending them through, we may need
```

|    |        |                                              |
|----|--------|----------------------------------------------|
| 1  |        | another copy of the guy, the third one.  It |
| 2  |        | doesn't clearly show his date of birth, I'll |
| 3  |        | have a proper look at it in the morning. |
| 4  |        | I've just had a quick look and I saw I |
| 5  |        | couldn't clearly see his date of birth on |
| 6  |        | the passport, although, you know, it is -- |
| 7  | PARK:  | Okay, let me know and I clean that up. |
| 8  | CS:    | Yeah.  And then yeah, we may need a |
| 9  |        | translation of them, but we'll see.  We'll |
| 10 |        | see.  And we'll wait till we've got it all |
| 11 |        | together.  Now, just crack on and get it |
| 12 |        | done.  And if I need anything, I'll just, |
| 13 |        | I'll just let you know. |
| 14 | PARK:  | Okay. |
| 15 | CS:    | So. |
| 16 | PARK:  | And then with the, with the -- in the new |
| 17 |        | Nevis trust, Michael was asking, you know, |
| 18 |        | what's the status of them.  Who's the |
| 19 |        | trustee?  You know, if we wanted to do a |
| 20 |        | deal from the trust, what do we do?  Because |
| 21 |        | he's -- he wants to -- he's got a |
| 22 |        | transaction, one of the other companies that |
| 23 |        | he owns, Rocket Financial, which he owns all |
| 24 |        | the stock personally, you know, obviously |
| 25 |        | has caused some issues for him and they're |

|    |       |                                                      |
|----|-------|------------------------------------------------------|
| 1  |       | trying to raise money.  So, he wants to get          |
| 2  |       | the shares out of his name, which, you know,         |
| 3  |       | basically the CEO of the company, he's got           |
| 4  |       | some friends, one of whom owns -- has a              |
| 5  |       | charitable organization that can take 501,           |
| 6  |       | you know, type donations.  And so, he's              |
| 7  |       | agreed that, you know, Michael can donate            |
| 8  |       | the shares to him.  He'll turn around and            |
| 9  |       | sell them to the CEO of the company.                 |
| 10 | CS:   | Yep.                                                 |
| 11 | PARK: | The CEO of the company will get a loan               |
| 12 |       | directly from the trust.  And, you know,             |
| 13 |       | that'll be a convertible note.  So that              |
| 14 |       | while the, while note's outstanding, that he         |
| 15 |       | could basically just call and convert it             |
| 16 |       | back into shares under the trust.                    |
| 17 | CS:   | Yeah, yeah, yeah. Okay.  Okay.  Well, he             |
| 18 |       | just needs to put something together                 |
| 19 |       | addressed to me and then we, you know, we            |
| 20 |       | can do it.  As I mentioned before, I need to         |
| 21 |       | get that protocol set up with Michael.  It's         |
| 22 |       | pretty important, which obviously I want to          |
| 23 |       | do when I'm next in Miami.  I haven't                |
| 24 |       | actually booked any travel yet.  I'm just            |
| 25 |       | trying to pull everything together so that,          |

```
 1                    you know, I can get round and see everybody.
 2                    So maybe I'll let you know -- well, I'll let
 3                    you know as soon as I know what my itinerary
 4                    is going to be like and when it's going to
 5                    be.  But realistically, I think it's going
 6                    to be around the 15th.  I was looking to try
 7                    and get across next week, but I don't think
 8                    it's going to materialize.  It may, but
 9                    we'll just see what happens.  But yeah, but
10                    if Michael lays that out on a document and
11                    if he wants to -- I suppose the best thing
12                    is to send it on Signal.
13   PARK:            Signal.
14   CS:              Yeah.
15   PARK:            Yeah.
16   CS:              Yeah.
17   PARK:            I can put all that together.  You know, he
18                    obviously just doesn't want to be the
19                    trustee that's doing it.
20   CS:              Yeah, yeah, yeah.  And if you put --
21   PARK:            So, he just wanted to verify, we've gotten
22                    that done where he's no longer the trustee,
23                    right?
24   CS:              Yeah, absolutely.  He's been totally
25                    removed.  I am now the trustee, obviously --
```

|    |       |                                            |
|----|-------|--------------------------------------------|
| 1  | PARK: | Okay, good.                                |
| 2  | CS:   | -- under the control of the operating      |
| 3  |       | agreement, that you and I know Michael     |
| 4  |       | controls it basically but yeah, but it's all |
| 5  |       | set up so that this sort of thing can be   |
| 6  |       | done.  We just want to put the correct     |
| 7  |       | paperwork in place and obviously do it so  |
| 8  |       | that there's no come back on Michael.      |
| 9  | PARK: | Right.                                     |
| 10 | CS:   | So, yeah.  So, if that's laid out and ping |
| 11 |       | it get across.  Yeah, I'll have a look at it |
| 12 |       | and get cracking on it.                    |
| 13 | PARK: | All right.  And then, you know -- obviously, |
| 14 |       | what else do we need?  I -- they asked for |
| 15 |       | some more stuff on the assets, but he wants |
| 16 |       | to get that moving.  I'm probably holding  |
| 17 |       | that up, but he wants to get the transfers |
| 18 |       | done so that everything's in place and we  |
| 19 |       | open the Belize entities and get it all    |
| 20 |       | moved.                                     |
| 21 | CS:   | Yeah.  Yeah.                               |
| 22 | PARK: | How long do you think that'll take us?     |
| 23 | CS:   | Well, once we've got all the paperwork, I  |
| 24 |       | could say -- if we had everything in by,   |
| 25 |       | say, the end of the week I'd say I would,  |

|   |   |   |
|---|---|---|
| 1 |  | we'll certainly, we'll certainly have the |
| 2 |  | first move done within a couple of weeks. |
| 3 |  | So, it's a lot safer.  We may even have it |
| 4 |  | into the Hong Kong entity where it becomes a |
| 5 |  | hell of a lot safer because as I discussed, |
| 6 |  | you know, it's China.  So, in answer to |
| 7 |  | Michael's question for Belize, we'll get it |
| 8 |  | done as quickly as possible.  I don't want |
| 9 |  | to, I don't want to give any dates.  The -- |
| 10 |  | I can't that aren't really achievable, but I |
| 11 |  | will try and get it all done by the end of |
| 12 |  | September at the latest. |
| 13 | PARK: | Okay. |
| 14 | CS: | I just have to push a few buttons from my |
| 15 |  | side and crack the whip.  So yeah, but I |
| 16 |  | fully understand that Michael is keen to get |
| 17 |  | it done, and we'll just work together, and |
| 18 |  | get there as quickly as possible. |
| 19 | PARK: | All right. |
| 20 | CS: | Okay.  Well, I'm going to.  I'm going to put |
| 21 |  | my feet up for ten minutes, and then I'm |
| 22 |  | going to go and get some sleep.  It's been a |
| 23 |  | hectic few days, but it's been a good few |
| 24 |  | days. |
| 25 | PARK: | I bet. |

```
 1  CS:      So, yeah.
 2  PARK:    We good?
 3  CS:      Yeah.
 4  PARK:    Okay.
 5  CS:      Okay.
 6  PARK:    Enjoy your evening.
 7  CS:      Well, I'll just wait for the document to
 8           land, and then obviously I'll act on it and
 9           we'll -- no doubt we'll need to speak, and
10           we'll speak throughout the week.
11  PARK:    Okay.  Sounds good.  Thanks Steven.
12  CS:      All right, Mike, take care.  Thanks for the
13           call.  Bye.
14  PARK:    Appreciate it.
15  CS:      Bye.
16  PARK:    All righty, bye.
17  CS:      Yeah, the time is 2159 hours.  That's 2159,
18           it's actually 2200 hours, now.  That's 22.
19           That's 10 p.m. on Tuesday, the 1st of August
20           2023.  That was an incoming call from Mike
21           Park, I was expecting Michael Schvartsman to
22           be on the call, but he wasn't.  And the
23           call's self-explanatory and the -- he's
24           asked for tight deadlines and timeframes in
25           terms of getting everything into to Belize
```

```
 1                     through the structure that we've agreed, and
 2                     it's self-explanatory.  And on that basis, I
 3                     am going to switch it off at 2200, 10 p.m.
 4                     And it's UK time, British Summertime.
 5  [END OF RECORDING]
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

SDNY_04_00020363

```
 1                      UNITED STATES DISTRICT COURT
                       SOUTHERN DISTRICT OF NEW YORK
 2

 3
    ----------------------------x
 4                               :
    UNITED STATES OF AMERICA     :
 5                               :
    v.                           :
 6                               :    USAO No. 23 Cr. 307
                                 :
 7  SHVARTSMAN et al.,           :
                                 :
 8                               :
    ----------------------------X
 9

10

11

12

13
                         Recorded Conversation
14

15

16

17             Date:  August 9, 2023
               Time:
18             Session ID:
               Participants:  CS
19                            Michael Shvartsman

20

21

22             (U/I) - UNINTELLIGIBLE
               (PH)  - PHONETIC SPELLING
23

24

25
```

```
 1  CS:           Hi, Michael.
 2  SHVARTSMAN:   How are you?
 3  CS:           I'm good, thanks.  You?
 4  SHVARTSMAN:   Good, I'm good, thanks.  Hey, let me ask a
 5                question.  Are you, are you the trustee of
 6                the Nevis trust?
 7  CS:           Yeah.
 8  SHVARTSMAN:   Okay, so if I need to, if I need to set up a
 9                company under that Nevis trust right now, or
10                bank accounts, that you're going to have to
11                sign this stuff, right?
12  CS:           Well, you can do it, and then I can sign
13                whatever.  It's your -- you know, what --
14                how are you going to do it?  Are you going
15                to do it in your name?  Or in --
16  SHVARTSMAN:   No, it's going, no, it's going to be in the
17                trust's name.
18  CS:           Yeah.  Okay.  Okay.
19  SHVARTSMAN:   So, you're going to have, you're going to
20                have to sign for it.
21  CS:           Yeah.
22  SHVARTSMAN:   All right, let me figure it out.  So, I
23                might need you to sign some stuff.
24  CS:           Potentially, yeah.  Do you know what
25                specifically what you want to do?
```

```
 1  SHVARTSMAN:    Well, I want to -- we've got a company that
 2                 I own that owns a bunch of vehicles.
 3  CS:            Yeah.
 4  SHVARTSMAN:    So, I think I want to transfer the trust, so
 5                 that -- it's a, it's a Montana Company.
 6  CS:            Yeah.
 7  SHVARTSMAN:    So, they want to transfer that to the trust
 8                 so that trust will own that company that
 9                 owns a bunch of vehicles.  So --
10  CS:            Okay.
11  SHVARTSMAN:    -- I might have to do -- yeah, like, a
12                 purchase and sale agreement, you're going to
13                 have to sign on behalf of trust.
14  CS:            Well, why don't we -- if it's set up, in
15                 whoever is going to be the shareholder
16                 stroke director, why don't you set it up and
17                 we keep it outside.  And then when we do the
18                 -- when the Full Singapore gets into full
19                 swing, we just move it into Belize with the
20                 rest?
21  SHVARTSMAN:    So, what you're saying -- well, it's already
22                 set up, so just leave it as?
23  CS:            Yeah.
24  SHVARTSMAN:    And then just move it into Belize.  Okay,
25                 fine.
```

```
 1  CS:          Yeah, yeah.  That'll keep it simple and
 2               obviously more secure.  And --
 3  SHVARTSMAN:  (U/I).
 4  CS:          If you just send me the details by Signal,
 5               preferably, obviously.  And then I will
 6               include it in the, in the Full Singapore.
 7               I've just spoke with Mike.  In fact, I just
 8               texted, you know, asking for a few things
 9               misering him, burdening him.  But I'm just
10               mindful.  I want to, I want to get --
11  SHVARTSMAN:  Yeah, we want to get this thing going.
12  CS:          Absolutely.  And I don't, I don't know if
13               you saw me text, I've just sent a text.  I'm
14               going to be in Miami on -- a week on --
15  SHVARTSMAN:  Yeah, let's get together.
16  CS:          Shall we do lunch?
17  SHVARTSMAN:  Sure.  Yeah, let's do lunch.
18  CS:          Yeah, that place we -- you and I went last
19               time with Eric was nice, shall we do that?
20  SHVARTSMAN:  Yeah, sure.  First, give me a call when you
21               get in, we'll figure it out, okay?
22  CS:          Okay.  And if you want to send me those
23               details, excuse me, in the meantime, feel
24               free or we can discuss it when I see you
25               next week or the week after, should I say.
```

4

| | | |
|---|---|---|
| 1 | SHVARTSMAN: | Okay, sounds good. |
| 2 | CS: | All right, Michael. |
| 3 | SHVARTSMAN: | Thanks, Steven, take care. |
| 4 | CS: | You take care, cheers.  Bye. |
| 5 | SHVARTSMAN: | Thank you.  Thanks. |
| 6 | CS: | Yeah, the time is 1623 hours.  That's 4:23 |
| 7 | | p.m. on Wednesday the 9th of August 2023. |
| 8 | | I'm going to -- I've just received an |
| 9 | | incoming call from Michael Schvartsman a few |
| 10 | | moments ago.  I sent a text to him telling |
| 11 | | him I'm going to be in Miami the week after |
| 12 | | next, and we could do -- we can -- said that |
| 13 | | it would be nice to get together for a catch |
| 14 | | up and lunch.  And I've also sent Mike Park |
| 15 | | a text by what -- by Signal and ask him for |
| 16 | | some things in response to a spreadsheet of |
| 17 | | entities that he sent to John.  And I've |
| 18 | | been asking for some specific details. |
| 19 | | Michael called me just then and the call was |
| 20 | | self-explanatory.  He's got a, he's got a |
| 21 | | vehicle and he's got a corporation company |
| 22 | | registered in Montana that he wishes to put |
| 23 | | into the trust.  And what I've suggested to |
| 24 | | him is that rather than move it and we put |
| 25 | | it into Nevis, we just put it into Belize |

```
 1                    where the rest of his assets are going to
 2                    be.  He's told me the corporation owns some
 3                    vehicles and he's either going to send them
 4                    to me or he's going to, he's going to
 5                    provide me with them when we have lunch in
 6                    Miami a week on, a week on Tuesday or
 7                    Wednesday.  And the time is now 1624, 4:24
 8                    p.m. British Summer Time, it's still
 9                    Wednesday the 9th of August 2023 and I'm
10                    going to switch it off.
11  [END OF RECORDING]
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```