# **Exhibit M**



Thu, Oct 12

Hi Mike I hope you are well.

If we can tie up the loose ends. How does the week commencing 6 November look to meet up for Michael and yourself to close the sale to United Aquisitions.

Best



1:26 PM

Tue, Oct 17

I am sure I can come up with a suitable solution.
Are you and Michael around during the week of 6 November in Miami?
5:10 PM

Thu, Oct 19

Hi ▮ Michael and I should be around the week of Nov 6.

Fri, Oct 20

Hi Mike
Ok Mike great regarding the week of the 6 November. Please let me know if you have any preference days.