UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No. 23-CR-307 (LJL) |
| MICHAEL SHVARTSMAN, | : |
| GERALD SHVARTSMAN, and | : |
| BRUCE GARELICK, | : |
| | : |
| | : |
| | : |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF FILING

Defendant, MICHAEL SHVARTSMAN, by and through his undersigned counsel, hereby gives notice of filing the attached, redacted versions of the following Exhibits, that were previously filed without redaction, appended to the Declaration of Tai H. Park (Dkt. 57):

1. Exhibit B [Dkt 57-2],
2. Exhibit C [Dkt 57-3],
3. Exhibit D [Dkt 57-4],
4. Exhibit E [Dkt 57-5],
5. Exhibit I [Dkt 57-9],
6. Exhibit O [Dkt 57-15], and
7. Exhibit P [Dkt 57-16].

These exhibits are intended to replace the previously filed Exhibits to the Declaration of Tai H. Park, with the corresponding letter identification.

Dated:  December 29, 2023          Respectfully submitted,

                                   By:  /s/ TAI H. PARK
                                        Tai H. Park

                                   TAI PARK PLLC
                                   1140 Avenue of the Americas, 17th Floor
                                   New York, NY 10036
                                   Tel: (917) 346-3914
                                   tai@taiparklaw.com
                                   *Counsel for Michael Shvartsman*