# **Exhibit B**




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

06/21/2023 14:23 EDT                                                                                              Page 1 of 2

**CASE NUMBER**
MI02OR23MI0003

**CASE OPENED**
12/13/2022

**CURRENT CASE TITLE**
Trust Social

**REPORT TITLE**
Background information

**REPORTED BY**
Christopher Cutaia
SPECIAL AGENT

**APPROVED BY**
Robert Palombo
SPECIAL AGENT

**DATE APPROVED**
12/16/2022

**SYNOPSIS**

Miami-based private equity firm, ROCKET ONE CAPITAL, LLC., managed by Michael SHVARTSMAN and board member Bruce GARELICK, is suspected of having engaged in insider trading practices with relation to publicly traded corporation Digital World Acquisition Corp. (DWAC) in proximity to the anticipated merger with Trump Media and Technology Group (TMTG) in 2021. This investigation will be conducted to determine if SHVARTSMAN, and/or associates, conducted illicit financial transactions in relation to the proceeds from insider trading or any other criminal activity.

This report serves to document case background information.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Trust Social | MI02OR23MI0003-001 | 12/16/2022 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

SDNY_04_00020383




# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

06/21/2023 14:23 EDT                                                                                                      Page 2 of 2

## DETAILS OF INVESTIGATION

Based on Florida State business filings for Miami-based company ROCKET ONE CAPITAL, LLC, from 2020 through 2022, Michael SHVARTSMAN (DOB: ▮▮▮▮, COC: Canada, COB: Ukraine) is the listed managing party and Michael G. Park (DOB: ▮▮▮▮, COC: USA) is listed as an authorized representative. According to public business networking platforms, ROCKET ONE CAPITAL, LLC, is a self purported venture capital and private equity firm claiming to specialize in investments related to "fintech, adtech, real estate and manufacturing. Digital World Acquisition Corp. (DWAC,) a publicly traded company, also based in Miami, advertises to have been formed for the purpose of effecting business mergers, conducting capital stock exchanges, asset acquisitions and business reorganizations among other things. In a Securities & Exchange Commission (SEC) filing dated October 20, 2021, DWAC entered into an agreement with Trump Media & Technology Group Corp. (TMTG) on a planned merger. Based on historical stock exchange records (open source,) on October 20, 2021, DWAC's stock price closed at $9.96 and by October 22, 2021, after the merger was announced, DWAC's stock price had climbed to $94.20, during which time, Bruce J. GARELICK (DOB: ▮▮▮▮, COC: USA) is believed to have held the role of Director with DWAC. Prior to DWAC's sharp stock increase, SHVARTSMAN is believed to have purchased a large quantity of DWAC stock in September 2021. In mid 2022, amid an SEC inquiry into the planned DWAC and TMTG merger, GARELICK resigned from DWAC and now is believed to hold the title of Chief Strategy Officer for ROCKET ONE CAPITAL.

In December 2022, Homeland Security Investigations (HSI) Miami, Florida, confidential source (SA-2894-MI) was contacted by SHVARTSMAN through an associate. The associate provided SHVARTSMAN with contact information for SA-2894-MI, who the associate purported is capable of establishing and/or managing a trust and other financial activities on behalf of the suspects. SA-2894-M has arranged a meeting with SHVARTSMAN and his associate(s) to discuss SA-2894-MI's potential role in managing a trust for alleged illicit funds and possible other money laundering activities.

Investigation continues.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Trust Social | MI02OR23MI0003-001 | 12/16/2022 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

SDNY_04_00020384