# **Exhibit C**




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

06/21/2023 14:23 EDT                                                                    Page 1 of 2

**CASE NUMBER**
MI02OR23MI0003

**CASE OPENED**
12/13/2022

**CURRENT CASE TITLE**
Trust Social

**REPORT TITLE**
December 2022 meeting with SHVARTSMAN

**REPORTED BY**
Christopher Cutaia
SPECIAL AGENT

**APPROVED BY**
Mack Strong
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
12/21/2022

**SYNOPSIS**

Miami-based private equity firm, ROCKET ONE CAPITAL, LLC., managed by Michael SHVARTSMAN and board member Bruce GARELICK, is suspected of having engaged in insider trading practices with relation to publicly traded corporation Digital World Acquisition Corp. (DWAC) in proximity to the anticipated merger with Trump Media and Technology Group (TMTG) in 2021. This investigation will be conducted to determine if SHVARTSMAN, and/or associates, conducted illicit financial transactions in relation to the proceeds from insider trading or any other criminal activity.

This report documents a meeting between Michael SHVARTSMAN and SA-2894-MI on December 14, 2022, in Miami, FL.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Trust Social | MI02OR23MI0003-002 | 12/21/2022 |

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**
This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

SDNY_04_00020385




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

06/21/2023 14:23 EDT                                                                                                    Page 2 of 2

## DETAILS OF INVESTIGATION

On December 14, 2022, at approximately 2:30p.m., SA-2894-MI met with Michael SHVARTSMAN at the Marriott Miami International Airport Hotel (1201 NW LE JEUNE ROAD, MIAMI, FLORIDA.) SA-2894-MI utilized a Homeland Security Investigations (HSI) recording device to record audio during the conversation with SHVARTMAN. SA-2894-MI and SHVARTSMAN discussed the following in substance and summary (refer to the audio file for precise wording.)

- SHVARTSMAN stated his trust attorney ███████████ (unconfirmed spelling,) can no longer act on the behalf of his company and he (SHVARTSMAN) can no longer be a trustee due to the recent Russian related sanctions.
- SA-2894-MI informed he would assist in relocating the trust and acting as a trustee on behalf of SHVARTSMAN and his team for a fee. SA-2894-MI indicated the fee charged would be above the typical rate.
- SHVARTSMAN stated he would open an LLC in Belize which would buy the assets from the current trust in place.
- SHVARTSMAN stated the assets in question mostly consisted of non-liquidated shares from different private companies, some real estate, a small amount of cash (described as "a few million bucks") and a yacht currently located in the U.S. which is listed for sale.
- SHVARTSMAN stated he is also interested in having SA-2894-MI establish bank accounts on his behalf, possibly in Switzerland or in other Western European countries.
- SA-2894-MI stated he would email Michael PARK documents to begin to establish the trust for SHVARTSMAN. SHVARTSMAN said they should "move off" email because emails could be "discovered" during a "discovery process."

The original recording copy was assigned chain of custody form 6051S# 8420154 and transferred to the HSI evidence vault.

Investigation continues.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Trust Social | MI02OR23MI0003-002 | 12/21/2022 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

SDNY_04_00020386