# **Exhibit D**




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

06/21/2023 14:23 EDT                                                                                                    Page 1 of 3

**CASE NUMBER**
MI02OR23MI0003

**CASE OPENED**
12/13/2022

**CURRENT CASE TITLE**
Trust Social

**REPORT TITLE**
SEC Filing review

**SYNOPSIS**

Miami-based private equity firm, ROCKET ONE CAPITAL, LLC., managed by Michael SHVARTSMAN and board member Bruce GARELICK, is suspected of having engaged in insider trading practices with relation to publicly traded corporation Digital World Acquisition Corp. (DWAC) in proximity to the anticipated merger with Trump Media and Technology Group (TMTG) in 2021. This investigation will be conducted to determine if SHVARTSMAN, and/or associates, conducted illicit financial transactions in relation to the proceeds from insider trading or any other criminal activity.

This report serves to document the review of Securities and Exchange Commission filings relating to this investigation.

**REPORTED BY**
Christopher Cutaia
SPECIAL AGENT

**APPROVED BY**
Mack Strong
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
3/7/2023

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Trust Social | MI02OR23MI0003-005 | 3/7/2023 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

 

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

06/21/2023 14:23 EDT                                                                                                     Page 2 of 3

## DETAILS OF INVESTIGATION

The following is a summary of information learned from the review of Securities and Exchange Commission (SEC) filings in reference to Digital World Aqcuistion (DWAC) and Rocket One Captial, LLC (ROC) dated in 2021 and 2022.

<u>July 8, 2021 (Registration No. 333-256472)</u>: *Amendment to No. 1 to Form S-1 Registration Statement*

    DWAC Principal Executive Office: 78 SW 7th Street, Miami, Florida 33130
    Chief Executive Officer (CEO): ███████████

    <u>Preliminary Prospectus</u>:

    In reference to potential stock/securities offering for 30,000,000 units at the combined price of $3000,000,000 ($10.00 per unit) DWAC stated they are a newly organized "blank check company formed for the purpose of effecting a merger, capital stock exchange, asset acquisition, stock purchase, reorganization or similar business combination with one or more businesses, which we refer to as our initial business combination throughout this prospectus." DWAC stated (at the date of this filing) they have not selected a business combination target or have initiated any substantive discussions.

- ███████████ (division of Benchmark Investments, LLC) is listed as the "representative" of the underwriters for the DWAC offering.

- **DWAC CEO,** ███████████ is listed as having served in many executive roles concerning businesses referred to as special purpose acquisition corporations (SPACs.) ███████ has also served as CEO for SPAC **"Benessere Capital Acquisition Corporation,"** listed on the Nasdaq market, since September 2020.

- **Bruce J. GARELICK,** listed as DWAC director nominee, has served as the chief-strategy officer at **ROCKET ONE CAPITAL (ROC)** since August 2020, where the SEC filing states, "where he served as a lead investor and CFO of an industry defining software company to his current venture capital focus on early-stage technology companies at **Rocket One Capital.**"

<u>October 20, 2021 (Form 8K)</u>: *Current Report*

  <u>Merger Agreement:</u> DWAC, through its subsidiary, plans to enter into a merger agreement with business, "Trump Media & Technology Group Corp." (TMTG.) TMTG would continue as the surviving corporation in the merger as a "wholly-owned subsidiary of DWAC."

| **Current Case Title** | **ROI Number** | **Date Approved** |
|---|---|---|
| Trust Social | MI02OR23MI0003-005 | 3/7/2023 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE
06/21/2023 14:23 EDT                                                                                                    Page 3 of 3

**June 10, 2022 (Form 8K):** *Current Report*

    **Item 8.01. Other Events:** DWAC is documented as having received a request and subpoena from the SEC seeking various information concerning DWAC communications related to TMTG.

**June 16, 2022 (Form 8K):** *Current Report*

    **Item 8.01. Other Events:** Document states DWAC has been informed it is the subject of an investigation pursuant to Section 8(e) of the Securities Act, with respect to the Registration Statement relating to its business combination (with TMTG) and that a grand jury sitting in the Southern District of New York issued subpoenas to DWAC management seeking information regarding ROC.

**September 1, 2022 (Schedule 14A):** *interview with DWAC CEO [REDACTED] by "IPO Edge and The Palm Beach Hedge Fund Association"*

- TMTG is mentioned as the "parent" of "Truth Social," a social media platform, seemingly used actively by President Donald Trump and aimed at competing with "Twitter."

- [REDACTED] states SPACs in general are public vehicles with cash in trust capable of fueling growth in a private company.

- [REDACTED] appears to avoid a question relating to SEC rules preventing SPACs, including CEOs of SPACs, from having conversations with acquisition targets prior to the SPAC's initial public offerings (IPO).

Investigation continues.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Trust Social | MI02OR23MI0003-005 | 3/7/2023 |
OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

SDNY_04_00020395