# **Exhibit E**




# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

06/21/2023 14:23 EDT  Page 1 of 4

**CASE NUMBER**
MI02OR23MI0003

**CASE OPENED**
12/13/2022

**CURRENT CASE TITLE**
Trust Social

**REPORT TITLE**
UC Meet Rocket One - Source Debrief

**REPORTED BY**
Robert Palombo
SPECIAL AGENT

**APPROVED BY**
Eric Moreno
SPECIAL AGENT

**DATE APPROVED**
3/20/2023

**SYNOPSIS**

This report serves to document a source debriefing wherein HSI Miami confidential informant (CI) SA-2894-MI provided a synopsis of a meeting held between targets of this investigation and the CI on March 15, 2023.

Details contained herein.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Trust Social | MI02OR23MI0003-012 | 3/20/2023 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

SDNY_04_00020406




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

06/21/2023 14:23 EDT                                                                                                  Page 2 of 4

## DETAILS OF INVESTIGATION

On March 15, 2023, the CI attended a meeting with targets Michael SHVARTSMAN (MS), Michael PARK (MP), and Eric HANNELIUS (EH). The meeting took place at the office of ROCKET ONE LLC, located at 21550 Biscayne Blvd. Suite 400, Aventura, FL.

The CI provided the following information in substance and summary regarding the conversation that took place (not a verbatim account):

MS stated a that a friend of his owns a bank in the island of Dominica and would be able to provide banking services to Russian and Ukraine Nationals if the CI had other clients in need of that service.

MS said he could also coordinate money movement from Ukraine to the U.S. or other locations. MS stated the fee charged for this service would be around 3% or higher.

The CI provided Trust documents to MS and MP for execution. The CI and MS signed Trust documents with MP.

MS acknowledged the Trust states he (MS) is resigning as trustee and placing the CI as trustee over the assets held by the newly agreed upon Trust. MS questioned aloud whether the CI now had the power to potentially take his assets and run off with them.

MP stated that this was not the case because MS holds the role of "protector" in the Trust therefore the CI could not take any of the assets unilaterally without the approval of MS.

MS then stated that if the CI did steal his money, then he would just murder the CI.

MS left the room for a short duration, and during that time MP stated part of MS's business involved payment processing for cannabis businesses, which is a gray area due to federal DEA regulations. In the state, the payment processing for cannabis purchases can be legal, but federally it is still not so, therefore MS has concerns regarding possible federal legal implications against him.

MP then discussed that MS had been involved in an investment revolving around a "special purpose acquisition corporation" (SPAC) known as Digital World Acquisition Corporation (DWAC).

DWAC ultimately provided funding for the "Truth Social" media platform, backed by former U.S. President Donald Trump under the Trump Media Group Corporation.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Trust Social | MI02OR23MI0003-012 | 3/20/2023 |

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

 

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

06/21/2023 14:23 EDT                                                                                                   Page 3 of 4

MP also acknowledged subpoenas have already been issued by the Securities and Exchange Commission (SEC), looking into their (MS, MP, and others) investment into DWAC, as the owner/operator of DWAC is suspected of having provided insider information to the investors prior to public notifications.

MP told the CI that he does not think the SEC would be able to go after MS for his part in the investment but mentioned that MS essentially provided "bridge financing" for the firm behind the Truth Social media platform.

MS returned to the room and began a discussion into the assets which will be held within the Trust. The assets to be held are identified as a boat/yacht, real estate properties (in the U.S.) and investment holdings.

MS stated that their business entity "Rocketship Management" owns a yacht, and their business "Rocket Holdings" owns a series of investments.

MS described Rocket Holdings as being funded through loans from its own subsidiary company located in Puerto Rico. Rocket Holdings uses the subsidiary company to borrow money from to fund their business. Therefore, Rocket Holdings shows as being in debt about 40 to 50 million dollars.

MS and MP then discussed the usage of the Trust as a shield against actions that could be taken by the SEC against MS.

MS told the CI that his main concern, and the only reason he's "doing this", is due to the ordeal with "Trump" and the desire to not have the funds acquired from that investment taken from him.

**Agent's note: MS is understood to be referencing the insider trading scheme in which he profited a substantial amount of money in short-term gains based on the purchase and sale of securities.

The CI explained his proposed financial schemes to MS and MP that would conceal the ownership of assets (perceivably derived from the insider trading scheme) by transferring ownership of assets under an LLC within the jurisdiction of Belize, layered by an intermediary's purchase and subsequent sale of the assets. This technique would be solely aimed at obstructing the tracing of the assets.

MS again expressed his concern that CI would have control of his assets, and MP again calmed MS's fears that MS would still be able to control the assets as a "protector" of the Trust.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Trust Social | MI02OR23MI0003-012 | 3/20/2023 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

06/21/2023 14:23 EDT                                                                 Page 4 of 4

MS stated he could provide and coordinate Russian and Chinese Nationals, among other individuals that may have restrictions (OFAC etc.), with banking services through his friend who owns a bank in Dominica. MS said he would charge 5% of the transaction amount to provide this service for those individuals.

MS called his friend in the presence of the CI and MP.

\*\*Agent's note: the friend of MS is believed to be ███████████.

As the meeting concluded, MS and MP indicated that they want to move forward with the scheme to conceal MS's assets quickly.

Investigation continues.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| Trust Social | MI02OR23MI0003-012 | 3/20/2023 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

SDNY_04_00020409