# **Exhibit O**

