

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 27, 2023

**REQUEST GRANTED.**
**Government's opposition brief due January 12, 2024.  Defendants'**
**reply briefs due January 18, 2024.  The Motion Hearing previously set**
**for  January 18, 2024 is rescheduled to February 8, 2024 at 10:00AM**
**in Courtroom 15C at the 500 Street Pearl Courthouse.**

1/2/2024                              SO ORDERED.

                                    LEWIS J. LIMAN
                                    United States District Judge

**BY ECF**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *United States v. Michael Shvartsman et al.*, 23 Cr. 307 (LJL)

Dear Judge Liman:

        The Government writes, with the consent of all defense counsel, to respectfully request a brief adjournment of the current motions schedule in the above-captioned case.  After consulting with the defense, the Government respectfully requests that:

- The Government's opposition to the defendants' motions be due January 12, 2024;
- The defendants' replies be due January 18, 2024; and
- Oral argument, if any, be scheduled on a date convenient to the Court on or after January 22, 2024.

                        Respectfully submitted,

                        DAMIAN WILLIAMS
                        United States Attorney for the
                        Southern District of New York

                 By: _Ehanft_____
                        Elizabeth A. Hanft
                        Daniel G. Nessim
                        Matthew R. Shahabian
                        Assistant United States Attorneys
                        (212) 637-2334/2486/1046