UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL SHVARTSMAN, et al.,<br><br>Defendants. | 23 Cr. 307 (LJL)<br><br>**DECLARATION** |

MATTHEW R. SHAHABIAN, hereby declares under the penalties of perjury and pursuant to 28 U.S.C. § 1746:

1.  I am an Assistant United States Attorney ("AUSA") in the U.S. Attorney's Office for the Southern District of New York (the "Office"). I make this declaration in support of the Government's Ominbus Opposition to the Defendants' Pretrial Motions.

2.  Attached as Exhibit 1 is a true and accurate copy of a voicemail from Grant Smith left for AUSA Michael Berger of the U.S. Attorney's Office for the Southern District of Florida, on or about April 13, 2023.

3.  Attached as Exhibit 2 is a true and accurate copy of a U.S. Customs and Border Protection ("CBP") Secondary Inspection Report for the secondary inspection of Bruce Garelick at JFK Airport, which occurred on or about December 31, 2021.

4.  Attached as Exhibit 3 is a true and accurate copy of a CBP Electronic Media Report for the secondary inspection of Bruce Garelick at JFK Airport, which occurred on or about December 31, 2021.

2

5. Attached as Exhibit 4 is a true and accurate copy of an FBI 302 report for the interview of Bruce Garelick and seizure of his cellphone, which occurred on or about June 15, 2022.

Dated: January 12, 2024
       New York, New York

                                                    /s/
                                            Matthew R. Shahabian
                                            Assistant United States Attorney