# Exhibit 1

Audio file - emailed to Chambers