# Exhibit 2



# U.S. Customs and Border Protection

## U.S. Department of Homeland Security

### TECS - Secondary Inspection Report

01/02/2024 09:54 EST Generated By: [REDACTED] 

**Referral Source**

| Referred By | Referred Date | Referred Time | Referred From |
|---|---|---|---|
| [REDACTED] | 12/31/2021 | 21:59 EST | [REDACTED] |

| Referral Reason |
|---|
| [REDACTED] |

**Encounter - [REDACTED]**

| Last Name | First Name | DOB |
|---|---|---|
| GARELICK | BRUCE | [REDACTED] |
| **Carrier Code** | **Flight / Vessel Number** | **Inbound / Outbound** |
| B6 - JETBLUE AIRWAYS | 852 | I - Inbound |

| Hispanic | Sex | Race | Travel Document Presented | Lost / Stolen Document |
|---|---|---|---|---|
| | M - Male | | Yes | No |

| Doc Number | Doc Type | Issuing Country |
|---|---|---|
| [REDACTED] | P - PASSPORT | USA - UNITED STATES |

| State/Province | Nationality | City of Birth | Country of Birth |
|---|---|---|---|
| | USA - UNITED STATES | | USA - UNITED STATES |

| Father's Last Name | Father's First Name | Father's Middle Name |
|---|---|---|
| | | |
| **Mother's Last Name** | **Mother's First Name** | **Mother's Middle Name** |
| | | |

| Email Addresses |
|---|
| |

| Phone Numbers |
|---|
| |

**Baggage**

| Secondary Officer Name | Site Id |
|---|---|
| [REDACTED] | [REDACTED] |
| **Inspection Start Date and Time** | **Inspection End Date and Time** |
| 12/31/2021 20:19 EST | 12/31/2021 21:33 EST |
| **FinCEN FORM 105** | **Currency Amount (USD)** |
| | |

| Flight / Vessel Crew |
|---|
| No |
| **Departure / Destination** |
| CUN - CANCUN |
| **Embarkation** |
| CUN - CANCUN |

| No. of Passengers on Declaration | Bag Exam | Number of Bags X-Rayed |
|---|---|---|
| 2 | Yes | |

| Personal Search | Positive / Negative Inspection | [REDACTED] | X-Ray/NII Utilized for this Inspection |
|---|---|---|---|
| No | N - Negative | [REDACTED] | |

| Category |
|---|
| |
| **Violation Codes** |
| |

| Related Document Number | Create Incident Log | Incident Log Report Number |
|---|---|---|
| | No | |
| **SAS Number** | **Create[REDACTED]** | **[REDACTED] Number** |
| | [REDACTED] | [REDACTED] |
| **Referring Officer Code** | **ADIS Code** | **Reason for Referral Code** |
| [REDACTED] | | [REDACTED] |

| Baggage Inspection Complete | Create[REDACTED] |
|---|---|
| Yes | [REDACTED] |



**U.S. Customs and Border Protection**

**U.S. Department of Homeland Security**

**TECS - Secondary Inspection Report**



**Comments History**

**Entered By:** [REDACTED] **| Created Date/Time:** 01/01/2022 14:42 EST
Added [REDACTED] to inspection.

**Entered By:** [REDACTED] **| Created Date/Time:** 01/01/2022 14:37 EST
Subject is returning from Cancun with girlfriend DEIRDRE Oshea DOB [REDACTED] on flight JetBlue B6 852. Subject claims to have meet girlfriend on a dating app. Subject currently lives with girls friend at [REDACTED] Subject owns a home at [REDACTED] with his wife he is currently divorcing. Subject was in possession of Massachusetts Driver licesnce [REDACTED] Subject provided best phone number at [REDACTED] and email address as [REDACTED]. Subject stayed at The fives hotel on playa del carmen and also at Liv Tulum. Subject stated he never left the resorts. Subject currently states he works as a Venture capitalist. Subject was asked what were his recent deals in which he has been involved with he stated he recently he did a deal with Koji an internet publishing start up and also stated he is involved in Digtal world Acquisition Corp (DWAC). Subject stated that in 2014 he was the CFO of leaf logics become Chief Strategy Officer of Rocket one capital since approximately 2019 he stated his boss is Michael Shvartsman. He was asked how did get this deal come across rocket capital desk he stated it was through mutual business partner named Ramon Orlando. He stated one condition for them to invest in DWAC was that his company be appointed as a board member. He stated Michael appointed him to represent rocket capital best interest. Please see [REDACTED] for more details. Subject was in possession of 2 bags all bags were searched and the Subject left FIS with out incident.

**Referral Reason History**

**Referred By:** [REDACTED] **| Referred Date/Time:** 01/01/2022 14:37 EST **| Referred From** [REDACTED]