# Exhibit 3



# U.S. Customs and Border Protection
# U.S. Department of Homeland Security
# TECS - Electronic Media Report

01/02/2024 09:56 AM EST Generated By: [redacted] Page 1 of 3

Report Number [redacted] Report Status: Closed

## Component

| Component | Authority |
|---|---|
| N/A | N/A |
| **Inspection Type** | **Reason for Search** |
| N/A | [redacted] |
| **Reason For Search Comments** | |
| N/A | |

## Report Summary

| Incident Date | | |
|---|---|---|
| 12/31/2021 | | |
| **Last Name** | **First Name** | **Middle Initial** |
| GARELICK | BRUCE | |
| **Notified of Search** | **Notification Method** | **Justification Remarks** |
| Yes | N/A | N/A |
| **I/O** | **NTC #** | **DOMEX NG Activity #** |
| I - Inbound | N/A | N/A |
| **SEACATS #** | **Port Code** | **Officer** |
| N/A | 4701 - JFK INTL ARPT | [redacted] |
| **Approving Supervisor** | **Exam Result** | **Positive Findings Categories** |
| [redacted] | N - Negative | N/A |
| **Direct Result of EMR Exam** | | |
| N/A | | |

| Tear Sheet Provided? | Reason Tearsheet Not Provided |
|---|---|
| Yes | N/A |

## Subject Details

| Last Name | First Name | Middle Initial |
|---|---|---|
| GARELICK | BRUCE | |
| **Date of Birth** | **Sex** | **Country of Birth** |
| [redacted] (Age 54) | M - Male | USA - UNITED STATES |
| **Citizenship** | **Status** | **Issuing Country** |
| USA - UNITED STATES | N/A | USA - UNITED STATES |
| **State/Province** | **Document Type** | **Document Number** |
| N/A | P - PASSPORT | [redacted] |

## Item 1 of 1 Details

| Item Type | Seq. |
|---|---|
| CEL - CELLPHONE/ALL COMM DEVICES | 01 |

All CBP users generating reports through the TECS-EMR application are required to follow the CBP information disclosure requirements prior to any disclosure of CBP information, this includes law enforcement records and lookouts, as well as border crossing records. If you have any questions regarding the CBP information disclosure requirements, please contact the CBP Privacy and Diversity Office

For Official Use Only / Law Enforcement Sensitive



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Electronic Media Report**



| Phone Number | | | |
|---|---|---|---|
| 781-801-5950 | | | |
| **Make** | | **Model** | |
| APPLE | | IPHONE | |
| **ID 1** | | **Number 1** | |
| I - International Mobile Station Equipment Identity (IMEI) Number | | [REDACTED]1839 | |
| **ID 2** | | **Number 2** | |
| S - Serial Number | | [REDACTED]N70L | |
| **Wireless connections disabled?** | | **Derogatory found** | |
| Yes | | N - Negative | |
| **Inspection Start Date** | **Time** | **Inspection End Date** | **Time** |
| 12/31/2021 | 10:19 | 12/31/2021 | 21:33 |

## Actions

| Action | Date/Time | Status | Additional Information |
|---|---|---|---|
| [REDACTED] Examination and Returned to Traveler | 12/31/2021 00:00 | N/A | Password Provided: Y |

## Remarks

[REDACTED] 20220101 15:13
On December 31, 2021, subject GARELICK, Bruce Jon DOB: [REDACTED] arrived at JFK via JetBlue Airlines flight B6 852 from Cancun, Mexico. Subject presented valid United States passport # [REDACTED] and was seeking admission as a United States Citizen. The subject was referred to passport control secondary [REDACTED] [REDACTED] Subject was found to be in possession of one cell phone: Make: Apple // Model: iPhone 11 pro max // S/N: [REDACTED]N70L// IMEI: [REDACTED]1839 // phone [REDACTED]5950). A [REDACTED] examination was conducted [REDACTED] [REDACTED] GARELICK is a subject of interest to the FBI [REDACTED] [REDACTED] Relevant information was relayed to the New York Field Office and CBP cover for a media search was approved by DFO Russo. SCBPO [REDACTED] was advised of the search of the subject's electronic media prior to the examination but was not present during the exam due to operational needs. Subject voluntarily presented his cell Make: Apple // Model: iPhone 11 pro max // S/N: [REDACTED]KN70L// IMEI: [REDACTED]1839 // phone #[REDACTED]-5950). in the powered on and unlocked position. The cellular service and data connections were disabled by placing the cell phone in the airplane mode prior to the review of the subject's cell phones. A basic exam was conducted by TFO CBPO [REDACTED] of the subject's Make: Apple // Model: iPhone 11 pro max // S/N: [REDACTED]N70L// IMEI: [REDACTED]1839 // phone [REDACTED]5950). at 2219 hours and concluded at 2333 hours. No derogatory information was discovered during the [REDACTED] exam. CBP cover for media search

All CBP users generating reports through the TECS-EMR application are required to follow the CBP information disclosure requirements prior to any disclosure of CBP information, this includes law enforcement records and lookouts, as well as border crossing records. If you have any questions regarding the CBP information disclosure requirements, please contact the CBP Privacy and Diversity Office

**For Official Use Only / Law Enforcement Sensitive**



U.S. Customs and Border Protection
U.S. Department of Homeland Security
TECS - Electronic Media Report



was approved by DFO Russo. TFO CBPO [REDACTED] was on site and alongside FBI special agent Chris Youn where the device was turned over to FBI to conduct an advanced media search utilizing their equipment under CBP cover. At 2333 hours, the advanced media search concluded the subject was afforded the opportunity to depart the FIS and retrieve his electronic device at the completion of the exam which he agreed to. Subject was given all his belongings and departed the FIS with the concurrence of DC [REDACTED]. Subject was provided with an Inspection of Electronic Devices tear sheet and was admitted as United States Citizen.

## Attachments

No Information Available

## Checklist

| | | |
|---|---|---|
| 1 | Authorizing supervisor listed in remarks? | N/A |
| 2 | Device placed in airplane mode or data connection disabled prior to exam? | Yes |
| 3 | Correct coding as to reason for the search? | Yes |
| 4 | A clear chronological sequence of events. The events should convey, in totality, what occurred during the examination from beginning to end? | Yes |
| 5 | Articulable facts of the CBP Officer's determination for searching or detaining an electronic device or copies thereof for further inspection, but do not include the name or identifiers of any media screening equipment? | Yes |
| 6 | Accurately identify the electronic device that was examined, copied and/or detained. The narrative must also specifically describe the type of electronic device examined such as a laptop, cell phone, SIM card, etc.? | Yes |
| 7 | In addition to completing the "Tear Sheet Provided" field, narrative should include a statement that the "Inspection of Electronic Devices Tear Sheet" was provided to the traveler, or reason why it was not provided? | Yes |
| 8 | If device information was copied to another storage device and is not needed for additional investigation, was it deleted/destroyed at the completion of the exam? | Yes |

**Checklist Notes**

All CBP users generating reports through the TECS-EMR application are required to follow the CBP information disclosure requirements prior to any disclosure of CBP information, this includes law enforcement records and lookouts, as well as border crossing records. If you have any questions regarding the CBP information disclosure requirements, please contact the CBP Privacy and Diversity Office

For Official Use Only / Law Enforcement Sensitive