# Exhibit 4

FD-302 (Rev. 5-8-10)

# FEDERAL BUREAU OF INVESTIGATION

Date of entry   06/22/2022

    On June 15, 2022, BRUCE GARELICK (GARELICK), independent director of DIGITAL WORLD ACQUISITION CORPORATION (DWAC), was interviewed by Special Agents (SA) Marc Troiano and Christopher Youn at his residence, ███████████████████████████████████████████ After being advised of the identities of the interviewing SAs and the nature of the interview, GARELICK provided the following information:

    GARELICK confirmed that he was an independent director of DWAC. GARELICK stated that he had no involvement with WilmerHale's representation of DWAC regarding SEC's probe into DWAC.

    GARELICK acknowledged that WilmerHale represented DWAC's Board as a whole. GARELICK, however, believed there was an another law firm that he believed to be representing individual board members as needed. GARELICK could not remember the name of this law firm. Still, it was GARELICK's understanding that he would be represented by this law firm if there was a need for his representation for DWAC matter.

[Administrative Note: At this point of the interview, SAs advised GARELICK that this interview will not continue given his possible legal representation regarding DWAC as an independent director of the company. GALERICK was served with a federal grand jury subpoena. SAs also seized GARELICK's iPhone 11 Pro Max as stated in a seizure warrant. GARELICK was given a copy of the seizure warrant along with a copy of FD-597 - Receipt for Property]

Investigation on   06/15/2022   at   Providence, Rhode Island, United States (In Person)

File #   318D-NY-3516454                                         Date drafted   06/21/2022

by   YOUN CHRISTOPHER, TROIANO MARC

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.