# Exhibit CC

## Shahabian, Matthew (USANYS)

| | |
|---|---|
| **From:** | Shahabian, Matthew (USANYS) |
| **Sent:** | Wednesday, December 27, 2023 2:56 PM |
| **To:** | Nessim, Daniel (USANYS); Hanft, Elizabeth (USANYS) |
| **Subject:** | Call with M. Berger -2023.12.27 [Shvartsman/DWAC] |

AUSA Michael Berger (S.D. Fla.) – 12.27.23 (by phone)
AUSA Hanft
AUSA Shahabian
Ryan Sears, SDNY Paralegal

MB: Grant Smith left me a voicemail saying he represented "Rocket One," I have the VM still
I called him back
He said he had the ▮▮▮▮▮▮▮▮ subpoena and they were trying to figure out what they could produce
I don't remember him saying he rep'd M. Shvartsman
He asked me what I could tell him about the investigation, was Shvartsman a target
I said nothing I could tell him at this time. Normally I try to be transparent. I have a distinct recollection of telling him I couldn't tell him anything and sorry I couldn't be more transparent.
At the time, we were looking at Shvartsman for tax charges
We had a tax investigation open
Would have been weird for me to say money laundering since that wasn't our focus at that point
Some ML sting aspect, but not focus
Wouldn't have told GS one way or another and have a specific recollection of not telling him
Our GJ subpoenas don't list the subject offense
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Learned about SDNY investigation late: In January 2023 I had a brief conversation with M. Troiano at FBI (N. Roos was on trial); April I spoke to N. Roos.
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮
I think we knew about the SEC investigation but we didn't know about the SDNY until much later.

_____
**Matt Shahabian**
Assistant United States Attorney
United States Attorney's Office
Southern District of New York
26 Federal Plaza
New York, NY 10278
▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮