UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/25/2024
```

UNITED STATES OF AMERICA,

-v-

MICHAEL SHVARTSMAN, GERALD SHVARTSMAN, and BRUCE GARELICK,

Defendants.

23-cr-307 (LJL)

ORDER

LEWIS J. LIMAN, District Judge:

    Defendant Bruce Garelick's request for an evidentiary hearing, *see* Dkt. No. 52 at 16–17, is GRANTED. The evidentiary hearing shall be held on February 8, 2024, at 10:00 A.M. in conjunction with oral argument on the Defendants' pretrial motions, Dkt. Nos. 46, 51, 55. After conferring to determine who will testify, Defendant Bruce Garelick and the Government shall file a joint letter no later than January 31, 2024, stating the number and identity of the witnesses each party intends to call and the total amount of time the parties collectively anticipate the evidentiary hearing will require.

Defendant Michael Shvartsman's request for the Court to conduct an *in camera* inspection of the grand jury materials, Dkt. No. 56 at 31, is GRANTED.  The Government is directed to provide the Court with a transcript of all testimony given to the grand jury pertinent to paragraphs 8, 10, 12, and 13 of the Indictment—as well as copies of any exhibits presented to the grand jury in connection with that testimony—on or before January 31, 2024.

SO ORDERED.

                                                          LEWIS J. LIMAN
                                              United States District Judge

Dated: January 25, 2024
       New York, New York