UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/8/2024

UNITED STATES OF AMERICA,

-v-

MICHAEL SHVARTSMAN, GERALD SHVARTSMAN, and BRUCE GARELICK,

Defendants.

23-cr-307 (LJL)

ORDER

LEWIS J. LIMAN, District Judge:

Defendant Michael Shvartsman shall file any motions related to the new charges against him in the Superseding Indictment, Dkt. No. 81, by February 29, 2024. The Government shall file an opposition by March 14, 2024. Defendant Michael Shvartsman shall file a reply by March 19, 2024.

The Court hereby establishes the following disclosure schedule: the Government's initial expert disclosures are due February 22, 2024; Defendants' initial and rebuttal expert disclosures are due March 6, 2024; the Government's rebuttal expert disclosures are due March 16, 2024; the Rule 404(b) notice is due March 22, 2024; the Government's exhibits and witness list are due April 16, 2024; Defendants' Rule 16 productions are due April 20, 2024; Defendants' exhibits and witness lists are due April 25, 2022.[1]

Finally, the Court adjusts prior deadlines as follows: requests to charge, proposed voir dire, and motions in limine are due by April 5, 2024 and objections to requests to charge and

---

[1] Although Defendant Garelick also asks the Court to set a deadline for the Government's disclosure of Jencks Act material, Dkt. No. 52 at 23, "the Court cannot order early disclosure of statements subject to production under the Jencks Act," *United States v. Terrell*, 2023 WL 7220736, at *2 (S.D.N.Y. Nov. 2, 2023).

responses to motions in limine are due by April 12, 2024.  The Court will hold a final pretrial conference on April 17, 2024 at 10:00 A.M. in Courtroom 15C, 500 Pearl Street, New York, NY 10007.  The jury trial of this matter will commence on April 29, 2024 at 9:00 A.M. in Courtroom 15C, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Dated: February 8, 2024
New York, New York