UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,            :
                                     :
v.                                   :
                                     :   Case No. 23-CR-307 (LJL)
MICHAEL SHVARTSMAN,                  :
GERALD SHVARTSMAN, and               :
BRUCE GARELICK,                      :
                                     :
                                     :
                                     :
            Defendants.              :
------------------------------------- x

## NOTICE OF FILING

Defendant, MICHAEL SHVARTSMAN, by and through his undersigned counsel, hereby gives notice of filing the attached, redacted version of **Dkt. 97**: the *Letter addressed to Judge Lewis J. Liman from Tai H. Park dated March 15, 2024 re: Mr. Shvartsman's pending motion to suppress certain statements and recorded conversations*.

The Letter appended hereto shall replace that which was previously at **Dkt. 97**.

Dated: March 17, 2024              Respectfully submitted,

                                   By: /s/ TAI H. PARK
                                       Tai H. Park

                                   TAI PARK PLLC
                                   7 World Trade Center, 34th Fl
                                   250 Greenwich Street
                                   New York, NY 10007
                                   Tel: (212) 301-7632
                                   tai@taiparklaw.com
                                   *Counsel for Michael Shvartsman*