

7 World Trade Center, 34th Fl
250 Greenwich Street
New York, NY 10007

(212) 301-7632
tai@taiparklaw.com

March 17, 2024

**VIA ECF**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street, Room 701
New York, New York 10007

The request to seal is GRANTED.

DATE: March 18, 2024

SO ORDERED.

*[signature]*
LEWIS J. LIMAN
United States District Judge

Re: *United States v. Michael Shvartsman et al*, 23 Cr. 307 (LJL)
     **Letter Motion to Seal Document**

Dear Judge Liman:

    I represent Defendant Michael Shvartsman in connection with the above-referenced matter.

    Mr. Shvartsman submits this Letter Motion respectfully requesting that the following document previously filed of record be sealed. Specifically: the *Letter addressed to Judge Lewis J. Liman from Tai H. Park dated March 15, 2024 re: Mr. Shvartsman's pending motion to suppress certain statements and recorded conversations* (**Dkt. 97**) contains certain contact information, which the government has asked to be redacted as confidential, and we agree to that request.

    While we have requested that the Clerk seal Dkt. 97 on a temporary basis, we respectfully request that the Court order that sealing by endorsing this letter above. A replacement letter with the redaction will be filed.

Respectfully submitted,

*[signature]*

Tai H. Park

cc:    All counsel of record via ECF