UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Case No. 23-CR-307 (LJL) |
| | : |
| | : **NOTICE OF APPEARANCE** |
| MICHAEL SHVARTSMAN, | : |
| GERALD SHVARTSMAN, and | : |
| BRUCE GARELICK, | : |
| | : |
| Defendants. | : |

------------------------------------------x

To the Clerk of Court and all parties of record:

    PLEASE TAKE NOTICE that Jason A. Driscoll, of Shapiro Arato Bach, LLP, hereby appears as counsel for defendant Bruce Garelick.

    I certify that I am admitted to practice in this Court.

Dated:  April 2, 2024

Respectfully submitted,

/s/Jason A. Driscoll
Jason A. Driscoll
SHAPIRO ARATO BACH LLP
1140 Avenue of the Americas, 17th Fl.
New York, NY 10036
Tel: 212-257-4898
Jdriscoll@shapiroarato.com

*Attorneys for Defendant
Bruce Garelick*