**ALAN S. FUTERFAS**

ATTORNEY AT LAW

565 FIFTH AVENUE, 7TH FLOOR
NEW YORK, NEW YORK 10017

(212) 684-8400

ELLEN B. RESNICK

BETTINA SCHEIN
  OF COUNSEL

asfuterfas@futerfaslaw.com

May 21, 2024

<u>By ECF</u>
Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street, Rm. 1620
New York, NY 10007

                Re: *United States v. Michael Shvartsman*, 23 CR 307 (LJL)

Dear Judge Liman:

      This letter respectfully requests an adjournment of Michael Shvartsman's sentence date. At Mr. Shvartsman's plea on April 3, 2024, this Court set sentence for Wednesday, July 17, 2024, at 2:00 p.m. Our preparations for sentence, including the preparation of financial statements and related matters, are more complicated than typical, and for probation to have this information prior to the circulation of the draft PSR, an adjournment to September 2024, is necessary.

      The Government has no objection to the adjournment request.

                                            Respectfully yours,

                                            /s/
                                          Alan S. Futerfas

cc:     All counsel via ECF