U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 24, 2024

REQUEST GRANTED.
The Clerk of Court is respectfully directed to terminate Elizabeth Hanft on the docket.

6/25/2024   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**By ECF**
Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Michael Shvartsman et al.*, 23 Cr. 307 (LJL)

Dear Judge Liman:

    I write to advise the Court that I am leaving the United States Attorney's Office for other employment. Accordingly, please remove me as counsel of record in the above-captioned case. Thank you very much for the Court's consideration.

                    Respectfully submitted,

                    DAMIAN WILLIAMS
                    United States Attorney

By:        */s/ Elizabeth Hanft*
            Elizabeth Hanft
            Assistant United States Attorney
            (212) 637-2334

cc: All Counsel (via ECF)