

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, NY 10278*

September 30, 2024

**VIA ECF**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

        Re: *United States v. Michael Shvartsman*
            S1 23 Cr. 307 (LJL)

Dear Judge Liman:

    The Government respectfully requests that the Court enter the attached Final Order of Forfeiture in this matter. As set forth in the accompanying Declaration, all right, title, and interest of the Defendant, Michael Shvartsman, in $11,321,086.59 formerly on deposit in account number 10511067, held in the name of EFT Business Services LLC at SNB Bank, N.A (the "Specific Property") was ordered forfeited pursuant to a Consent Preliminary Order of Forfeiture as to Specific Property (Docket Entry 107) and no third-party claims have been filed within the statutory period.

    Accordingly, the attached Final Order of Forfeiture should be entered so that the United States Customs and Border Protection can dispose of the Specific Property according to law.

                                          Respectfully submitted,

                                          DAMIAN WILLIAMS
                                          United States Attorney
                                          Southern District of New York

                              By: _____/s/_____
                                  Matthew Shahabian
                                  Assistant United States Attorney
                                  Tel. (212) 637-1046

*Enclosure*