UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
UNITED STATES OF AMERICA,                                            :
                                                                     :
           -v-                                                       :     23-CR-307-1 (LJL)
                                                                     :
MICHAEL SHVARTSMAN,                                                  :     SCHEDULING
                                                                     :           ORDER
                          Defendant.                                 :
                                                                     :
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Defendant Michael Shvartsman may file his unredacted sentencing submission and letters of support under seal and file public copies of those documents with redactions limited to the medical issue regarding Mr. Shvartsman's relative and the names of his children. In addition, Mr. Shvartsman has submitted several letters to the Court under seal, -- on September 12, September 30, and October 7, 2024. Counsel for the Government and the Defendant shall file letters no later than October 9, 2024, providing support for the contention that the letters should be received in whole or in part under seal.

      SO ORDERED.

Dated: October 9, 2024
       New York, New York
                                                      LEWIS J. LIMAN
                                              United States District Judge