UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
            -v-                                                    :            23-CR-307 (LJL)
                                                                   :
MICHAEL SHVARTSMAN & GERALD                                        :                ORDER
SHVARTSMAN,                                                        :
                          Defendants.                              :
                                                                   :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

        The Court has received two emails from a Genelyn Omana with respect to the upcoming

sentencings of Michael Shvartsman and Gerald Shvartsman.  The Court has provided copies of the

communications to the parties.  It will hear from the parties during the sentencing whether and how the

Court should take the communications into account in sentencing and whether there is reason that the

communications should not be placed on the public docket.


        SO ORDERED.

Dated: October 15, 2024
        New York, New York                                 _____
                                                                  LEWIS J. LIMAN
                                                             United States District Judge