**ALAN S. FUTERFAS**

ATTORNEY AT LAW

565 FIFTH AVENUE, 7TH FLOOR
NEW YORK, NEW YORK 10017
(212) 684-8400

ELLEN B. RESNICK

BETTINA SCHEIN
  OF COUNSEL

asfuterfas@futerfaslaw.com

October 16, 2024

<u>By Email and ECF</u>
Honorable Lewis J. Liman
United States District Court
United States Courthouse
500 Pearl Street
New York, New York 10007

   Re: *United States v. Michael Shvartsman,* 23 Cr. 307 (LJL)

Dear Judge Liman:

  On behalf of Michael Shvartsman, please find enclosed an additional letter submitted on behalf of Mr. Shvartsman in aid of sentencing.

           Respectfully yours,

           /s/

           Alan S. Futerfas and Dennis C. Vacco

cc: AUSA's Daniel Nessim and Matthew Shahabian
 Dennis C. Vacco, Esq.