B"H

THE ALEPH INSTITUTE

NATIONAL HEADQUARTERS
9540 Collins Avenue, Surfside, FL 33154
Phone: (305) 864-5553

WEST COAST BRANCH
4221 Wilshire Blvd, #170-6
Los Angeles, CA 90010
Phone: (424) 210-3685
www.aleph-institute.org

**Rabbi Yossi Bryski**
ybryski@aleph-institute.org

**Chairperson / Founder**
Rabbi Sholom D. Lipskar

**President**
Lloyd S. Rubin

**Board of Directors**
Robert Danial
Boruch Duchman
Joy Fishman
Stephen Fiske
Russel Galbut
Reuven Herssein
Daniel M. Holtz
Alberto Kamhazi
Sonny Kahn
Rabbi Aaron Lipskar
Rabbi Sholom D. Lipskar
Morris Mendal
Lloyd S. Rubin
Eric Stein
Sylvia Urlich

**Executive Director**
Rabbi Aaron Lipskar

**Director of Operations**
Moshe N. Barouk

**Director of Outreach Programs**
Rabbi Menachem M. Katz

**Director of Military Programs**
Rabbi Sanford L. Dresin

**Director of Advocacy**
Rabbi Zvi Boyarsky

**Director of Outreach Programs**
Rabbi Shua Brook

**Chief Financial Officer**
Yosie Lipskar

October 16, 2024

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:     *United States v. Michael Shvartsman*
        Case No. 23-CR-307 (LJL)

Dear Judge Liman:

With respect and deference to the Court, I write this letter on behalf of the Aleph Institute ("Aleph") regarding Mihael Shvartsman ("Michael"). In this letter, we wish to share the proposed plan that we have developed for Michael that, we humbly submit, would further Michael's rehabilitation and achieve optimal results for society. Aleph is ready and willing to support Michael's rehabilitation and promises to do so to the best of our ability. Our primary areas of assistance will be providing Michael with a plan of community service and spiritual counseling. We are grateful for your consideration of this submission.

**I.     THE ALEPH INSTITUTE**

Aleph was formed in 1981 at the direction of The Lubavitcher Rebbe, Rabbi Menachem M. Schneerson, to provide support and rehabilitation to individuals enmeshed in the criminal justice and penal systems.[1] Aleph became a reality during a meeting between Rabbi Sholom D. Lipskar and the Honorable late Jack Weinstein of

---

[1] www.aleph-institute.org.



the U.S. District Court for the Eastern District of New York. Judge Weinstein wrote the following about Aleph: ***"[T]he Aleph Institute, and [its] associates understand and force us to face the fact that each person deserves to be treated with respect as an individual personality and not as . . . a faceless number."*** [2] Judge Weinstein continued, "[Aleph's] assistance to defendants and their families provide standards of compassion and aid worthy of emulation . . . As a result of its good work, Aleph is widely known and respected by penal and judicial authorities."

We work closely with courts, federal and state lawmakers, law professors, and penal experts towards our common goal of achieving outcomes that promote justice, lessen the burden on shared penal resources, reduce recidivism, and benefit offenders, together with their families and communities. We take seriously our mission, which former FBI director and retired U.S. District Judge, the Hon. Louis Freeh, eloquently summarized as "championing and delivering justice to people who have been overlooked or forgotten by the rule of law, giving them hope, relief from suffering and the chance to improve their lives and fortunes." We are further guided by our ethical teachings which emphasize that every individual – no matter his or her shortcomings – naturally has a positive purpose to fulfill in the world. ***We provide our services on a pro bono basis, motivated only by our sincere belief in the work that we do.***

## II.    MICHAEL SHVARTSMAN

*Proposed Community Service Plan*

Camillus House[3]

Camillus House supports the homeless population of South Florida by providing a variety of services, including food, housing, substance abuse treatment, and career counseling. Camillus House's accredited Institute of Success and Personal Achievement (ISPA) helps homeless individuals struggling with drug addiction and mental illnesses. Sponsored by Thriving Mind South Florida and the State of Florida, Department of Children and Families, ISPA provides participants a personalized and tailored combination of self-help philosophies, individual and group therapy, work training, and social activities that helps them get their lives back on track.

---

[2] Hon. Jack B. Weinstein, Prison Need Not Be Mandatory: There Are Options Under the New U.S. Sentencing Guidelines, 1 JUDGE J. 16, 28 (1989).
[3] www.camillus.org.



THE ALEPH INSTITUTE

Michael has committed to volunteering with Camillus House for seven hours, three days per week (21 hours a week), for a total commitment of more than 1,000 hours during the next year. His responsibilities will include preparing and serving food, hosting a food or fundraising drive, teaching a skill (for example, yoga, cooking, or financial literacy), assisting staff with administrative duties, and working in the garden or warehouse.

The Little Lighthouse Foundation[4]

The Little Lighthouse Foundation ("LLF") is a registered nonprofit organization that assists underserved children and their families throughout South Florida. LLF partners with homeless shelters, hospitals, and youth centers, and its programs include Adopt a Meal at Ronald McDonald House, Activity Hour, Story Hour and Move & Groove at Chapman Partnership, Craft Night and Beauty All Around at Lotus House, among many others. LLF's Specialty Programs serve hundreds of children and families and bring together hundreds of volunteers.

Michael has committed to volunteer twice a week at LLF, supporting its Craft Night and Activity Hour programs. Michael will volunteer at LLF for between three and four hours each week, for a total commitment of approximately 150 to 200 hours during the coming year.

### III.   CONCLUSION

With the utmost respect and admiration for Your Honor's wise and compassionate decisions, I hope and pray that this submission will receive the consideration that will produce satisfactory results for society and for Michael.

With gratitude and prayerful wishes for all good.

Respectfully submitted,

Rabbi Yossi Bryski
Director of Alternative Sentencing
The Aleph Institute

---

[4] www.thelittlelighthouse.org.