```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA                                           :
                                                                   :
                                                                   :
             -v-                                                   :    23-cr-307 (LJL)
                                                                   :
MICHAEL SHVARTSMAN,                                                :    ORDER
                                                                   :
                        Defendant.                                 :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      The motion of Defendant Michael Shvartsman for an adjournment of his sentencing date is denied. Defendant pleaded guilty on April 3, 2024. The Court already delayed sentencing twice at Defendant's request. Dkt. Nos. 178, 198. He was sentenced on October 17, 2024. Dkt. No. 235. There is no basis for further delaying the time for Defendant to serve the term for the crimes which he committed. Defendant shall surrender to the institution designated by the Bureau of Prisons no later than 2pm on January 3, 2025.

      SO ORDERED.

Dated: December 27, 2024  
       New York, New York

                                                    LEWIS J. LIMAN  
                                                    United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 12/27/24