UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
UNITED STATES OF AMERICA,                         :
                                                  :
v.                                                :
                                                  :   Case No. 23-CR-307 (LJL)
MICHAEL SHVARTSMAN, et al.,                       :
                                                  :   ORDER
                                                  :
                                                  :
                                                  :
                                                  :
Defendants.                                       :
------------------------------------------------------------x

IT IS HEREBY ORDERED, upon the application of counsel for Defendant Michael Shvartsman, that Mr. Shvartsman's personal recognizance bond in this matter is hereby exonerated and released, and that all suretors on Mr. Shvartsman's personal recognizance bond are released from any liability in connection with said bond.

IT IS FURTHER ORDERED, that the United States Pretrial Services Agency, release custody of Mr. Shvartsman's passport and any other immigration-related documentation in their custody, and deliver such documentation to Mr. Shvartsman's counsel, Grant J. Smith, upon presentation of a copy of this order by Mr. Smith to the Pretrial Services Agency.

IT IS SO ORDERED:

2/5/2025        _____

HON. LEWIS J. LIMAN

U. S. D. J.